USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

SCOTT B. ABRAMS,

                             Plaintiff,

              -against-                       19-CV-10357 (VEC)

                                              ORDER

HBM PRENSCIA INC., SPECTRIS INC.,
AND SPECTRIS PLC F/K/A FAIREY
AVIATION COMPANY LTD.,

                            Defendants.

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 20, 2019, the parties appeared for a conference with this Court;

IT IS HEREBY ORDERED THAT:

1. Plaintiff's amended complaint is due by **January 3, 2020.**

2. Defendants' motion to dismiss is due by **January 24, 2020**. Plaintiff's response is due by **February 21, 2020**. Defendants' reply is due by **February 28, 2020.**

3. A case management plan will be entered separately.

**SO ORDERED.**

**Date: December 20, 2019**
**New York, New York**

                                                               **VALERIE CAPRONI**
                                                                **United States District Judge**