USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SCOTT B. ABRAMS,

         Plaintiff,

  -against-         19-CV-10357 (VEC)

             ORDER

HBM PRENSCIA INC., SPECTRIS INC.,
AND SPECTRIS PLC F/K/A FAIREY
AVIATION COMPANY LTD.,

         Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

  WHEREAS the parties have informed the Court of a discovery dispute;

  IT IS HEREBY ORDERED that all parties appear for a telephone conference with the Court on **April 10, 2020, at 10:00 A.M.** All parties should attend the conference by calling 1-888-363-4749, using the access code 3121171 and the security code 6350.

**SO ORDERED.**

**Date: April 8, 2020**
   **New York, New York**           **VALERIE CAPRONI**
                     **United States District Judge**