USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SCOTT B. ABRAMS, :
:
                            Plaintiff, :
:
        -against- : 19-CV-10357 (VEC)
:
: ORDER
HBM PRENSCIA INC., SPECTRIS INC., :
AND SPECTRIS PLC F/K/A FAIREY :
AVIATION COMPANY LTD., :
:
                          Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 10, 2020, a teleconference was held with the parties in this case;

    IT IS HEREBY ORDERED THAT:

1. The fact discovery deadline is extended to August 28, 2020.

2. No later than April 24, 2020, Plaintiff is ordered to produce "all documents and communications concerning offers by any person to purchase or invest in The Omnicon Group Inc. prior to October 17, 2017."

**SO ORDERED.**

**Date: April 10, 2020**　　　　　　　　　　　　_____
**New York, New York**　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

Page 1 of 1