```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SCOTT B. ABRAMS,                                  :
                                                  :
                                 Plaintiff,       :
                                                  :
       -against-                                :       19-CV-10357 (VEC)
                                                  :
                                                  :                   ORDER
HBM PRENSCIA INC., SPECTRIS INC.,                 :
AND SPECTRIS PLC F/K/A FAIREY                     :
AVIATION COMPANY LTD.,                            :
                                                  :
                                Defendants.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a pretrial conference in this matter is scheduled for **May 1, 2020 at 10:00 a.m.**;

      WHEREAS the fact discovery deadline has been extended to August 28, 2020 (Dkt. 42);

      IT IS HEREBY ORDERED THAT:  The conference scheduled for May 1, 2020 is adjourned to **August 28, 2020 at 10:00 a.m**.  The parties' joint submissions are due by **August 20, 2020**;

      IT IS FURTHER ORDERED THAT: The parties are required to submit a joint letter discussing the status of discovery on **June 15, 2020** and **July 15, 2020**.

**SO ORDERED.**

Date:  April 27, 2020
       New York, New York

                                                                  **VALERIE CAPRONI**
                                                                   **United States District Judge**