

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2020

**WILMERHALE**

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

June 30, 2020

**VIA ECF**

Hon. Valerie E. Caproni
United States District Court
   for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, New York 10007

Re:   *Abrams v. HBM Prenscia Inc. et al.*, Case No. 19-cv-10357 (VEC)

Dear Judge Caproni,

This firm represents HBM Prenscia Inc., Spectris Inc., and Spectris plc ("Defendants"). In accordance with Rule 2.C of the Court's Individual Practices, I write to respectfully request adjournment of the August 28, 2020 conference because of a conflict with an oral argument that I am presenting in the Superior Court of California, Orange County on the same date.

I have conferred with counsel for Plaintiff, and as an alternative, all parties are available during the weeks of August 31, September 7, or September 14, with the exception of September 4 and 18. Counsel for Plaintiff consents to the adjournment. This is Defendants' first request to adjourn this conference.

We are, of course, available to discuss this or any other matter. I apologize to the Court for any inconvenience this request may cause.

Respectfully submitted,

/s/ Alan E. Schoenfeld
Alan E. Schoenfeld

Application GRANTED. The pretrial conference is adjourned to **September 11, 2020 at 10:00 a.m.** The parties' joint letter is due by **September 3, 2020.**

SO ORDERED.

*[signature: Valerie Caproni]*

6/30/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington