```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SCOTT B. ABRAMS,                                              :
                                                              :
                                          Plaintiff,          :
                                                              :
              -against-                                       :   19-CV-10357 (VEC)
                                                              :
                                                              :   ORDER
HBM PRENSCIA INC., SPECTRIS INC.,                             :
AND SPECTRIS PLC F/K/A FAIREY                                 :
AVIATION COMPANY LTD.,                                        :
                                                              :
                                          Defendants.         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 14, 2020, Defendants submitted three documents for in camera review;

IT IS HEREBY ORDERED THAT: An ex parte, sealed teleconference will be held on **August 17, 2020 at 11:00 a.m**. Defendants must appear for the conference by dialing (888) 363-4749, using the access code 3121171. The security code will be emailed separately to Defendants.

**SO ORDERED.**

**Date: August 14, 2020**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**