USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
SCOTT B. ABRAMS,

                                       Plaintiff,

          -against-                        19-CV-10357 (VEC)

                                                     ORDER

HBM PRENSCIA INC., SPECTRIS INC.,
AND SPECTRIS PLC F/K/A FAIREY
AVIATION COMPANY LTD.,

                                 Defendants.
---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 14, 2020, Defendants submitted three documents for in camera review;

       WHEREAS on August 17, 2020, the Court held an ex parte teleconference with Defendants;

       IT IS HEREBY ORDERED THAT, no later than the close of business on **August 17, 2020**:

1. Defendants must produce the first document (Bates Stamp 00143489) but may redact the 4th, 5th and 7th paragraphs of the message on page one from Dabell to Vorih and the penultimate paragraph on page two, and

2. Defendants must produce the second document (Bates Stamp 00117871) in its entirety, with no redactions.

3. Defendants must produce the third document (Bates Stamp 00199910) with the two proposed redactions.

Case 1:19-cv-10357-VEC   Document 55   Filed 08/17/20   Page 2 of 2

**SO ORDERED.**

**Date: August 17, 2020**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**