```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  SCOTT B. ABRAMS,                        :

                              Plaintiff,   :

         -against-                  :     19-CV-10357 (VEC)

                                          :        ORDER
HBM PRENSCIA INC., SPECTRIS INC.,     :
AND SPECTRIS PLC F/K/A FAIREY
AVIATION COMPANY LTD.,              :

                        Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a pretrial conference in this matter is scheduled for **September 11, 2020 at 10:00 a.m.**;

      IT IS HEREBY ORDERED THAT:  The parties must appear for the conference by dialing (888) 363-4749, using the access code 3121171 and the security code 0357.

**SO ORDERED.**

Date: **September 9, 2020**
      **New York, New York**

_____
    **VALERIE CAPRONI**
    **United States District Judge**